IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TONYA R. BLAND, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV549 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion to Add Party (Filing No. 20). The plaintiff failed to attach to the motion an unsigned copy of the proposed amended complaint or otherwise comply with NECivR 15.1(a). Accordingly, the plaintiff shall file a supplement to her motion. As required by NECivR 15.1(a), the plaintiff shall file a supplemental motion including an attachment containing the unsigned copy of the proposed amended complaint. Further, the supplemental motion shall state whether the motion is opposed. **See** NECivR 15.1(a). Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Add Party (Filing No. 20) is held in abeyance pending compliance with NECivR 15.1(a).

2. The plaintiff shall have to **on or before June 23, 2006**, to file the supplement as described above. Otherwise, the plaintiff's motion will be deemed abandoned and denied.

3. The defendant shall have to **on or before July 7, 2006**, to file any opposition to the plaintiff's motion.

DATED this 16th day of June, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge